IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY FORD**                                                                               **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 1:21-cv-063-TBM-RPM**

**RYAN RUCKER AND ALLSTATE PROPERTY
AND CASUALTY INSURANCE COMPANY**                          **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

This matter came before the Court on a hearing on the Plaintiff's Motion to Remand [7] and Defendant's Motion to Sever and Partially Remand [14] on September 13, 2021. At the hearing, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions from the bench. The Court concluded that the Plaintiff's Motion to Remand [7] should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on September 13, 2021, the Plaintiff's Motion to Remand [7] is GRANTED. The Defendant's Motion to Sever and Partially Remand [14] is DENIED as moot.

IT IS, FURTHER, ORDERED AND ADJUDGED that this case is remanded to the Circuit Court of Jackson County, Mississippi, and that a certified copy of this Order of Remand shall be immediately mailed by the Clerk to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

SO ORDERED AND ADJUDGED, this, the 13th day of September, 2021.

                                                               TAYLOR B. McNEEL
                                                               UNITED STATES DISTRICT JUDGE